1  LINDA M. MACLEOD, ESQ. [SBN 142023]
   DONN WASLIF, ESQ. [SBN 164538]
2  MORGAN, FRANICH, FREDKIN & MARSH
   99 Almaden Boulevard, Suite 1000
3  San Jose, California 95113-1613
   Telephone:(408) 288-8288
4  Facsimile: (408) 288-8325

5  Attorneys for Specially Appearing
   AXMOR SOFTWARE-AMERICA, INC.
6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9

10 KEMA, INC., a Virginia Corporation, and
   RLW ANALYTICS, INC., a California           NO. C09 01587
   Corporation,
11
                   Plaintiff,
12
13     vs.

   WILLIAM KOPERWHATS, an individual            STIPULATION AND ORDER
14 and MILOSLICK SCIENTIFIC, a
   California Company,
15
                   Defendants.
16
────────────────────────────────
17 WILLIAM KOPERWHATS, an individual
   and MILOSLICK SCIENTIFIC, a
18 California Company,

19             Counterclaim Plaintiffs,

20     vs.

21 KEMA, INC., a Virginia Corporation,
   RLW ANALYTICS, INC., a California
22 Corporation, Axmor Software, and Curt D.
   Puckett, an individual,
23
               Counterclaim Defendants.
24

25

26     On or about May 8, 2009, Counterclaimaints William Koperwhats and Miloslick

27 Scientific delivered a copy of a summons and the counterclaim on Axmor Software America,

28 Inc. in the above-referenced matter. Counterclaimants William Koperwhats and Miloslick

───────────────────────────
STIPULATION AND ORDER                        1

1    Scientific and specially appearing Axmor Software-America, Inc., through their counsel of

2    record, hereby stipulate to extend the time within which Axmor Software America, Inc. may

3    answer and/or otherwise respond to the Counter-claim, to June 12, 2009.   The reason for the

4    continuance is that Axmor Software America, Inc. has just been retained as counsel and said

5    counsel needs additional time to answer and/or otherwise respond.

6         **STIPULATED AND AGREED:**

7    Dated: May 22, 2009              MANDEL & ADRIANO

8

9                            By: _____

10                               SARALYNN MANDEL
                                  Attorneys for Counter-claimants William Koperwhats
                                  and Miloslick Scientific

11

12   Date: May 22, 2009              MORGAN, FRANICH, FREDKIN & MARSH

13

14                           By: _____

15                              Attorneys Specially Appearing for Axmor Software -
                                America, Inc.

16

17

18                        **O R D E R**

19         The Court having considered the Stipulation of the counsel for the parties and good

20   cause appearing therefor,

21         IT IS HEREBY ORDERED that Specially Appearing Axmor Software-America, Inc.

22   shall have until June 12, 2009 to Answer and/or otherwise respond to the Counter-claim of

23   William Koperwhats, an individual, and Miloslick Scientific, a California company.

24

25

26   Dated: May 26, 2009             _____
                                     HON. MAXINE CHESNEY
27

28

STIPULATION AND ORDER                    2