IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMA, INC., et al., | No. C-09-1587 MMC |
| Plaintiffs, | **ORDER CONTINUING HEARINGS** |
| v. | |
| WILLIAM KOPERWHATS, et al., | |
| Defendants, / | |
| AND RELATED COUNTERCLAIMS. / | |

Before the Court are (1) plaintiffs' motion to dismiss and to strike defendants' counterclaims, filed May 26, 2009 and noticed for hearing July 10, 2009; (2) counterclaim defendant Curt D. Pucket's motion to dismiss and to strike defendants' counterclaims, filed June 2, 2009 and noticed for hearing July 10, 2009; (3) counterclaim defendant Axmor Software-America, Inc.'s motion to dismiss defendants' counterclaims, filed June 12, 2009 and noticed for hearing July 31, 2009; and (4) defendants' motion to dismiss plaintiffs' complaint, filed June 15, 2009 and noticed for hearing July 31, 2009.

Because the motions raise, in part, similar issues, and in light of the Court's calendar, the hearings on the motions are hereby CONTINUED to August 28, 2009.

**IT IS SO ORDERED.**

Dated: July 2, 2009

_____
MAXINE M. CHESNEY
United States District Judge