**SARALYNN MANDEL (SBN 115930)**
**MANDEL & ADRIANO**
**572 East Green Street, Suite 203**
**Pasadena, CA   91101**
**Telephone No. (626) 395-7801**
**Facsimile No. (626) 395-0694**
**Email: slmandel@mandeladriano.com**

**Attorneys for Defendants**
**WILLIAM KOPERWHATS and**
**MILOSLICK SCIENTIFIC**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **KEMA, INC., a Virginia Corporation, and RLW ANALYTICS, INC., a California Corporation,**<br><br>Plaintiffs,<br><br>vs.<br><br>**WILLIAM KOPERWHATS, an individual and MILOSLICK SCIENTIFIC, a California company,**<br><br>Defendants. | **CASE NO: C09 01587 MMC**<br><br>**STIPULATED MISC. ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER CHANGING HEARING DATE FOR PENDING MOTIONS TO DISMISS AND TO STRIKE** |
| **WILLIAM KOPERWHATS, an individual and MILOSLICK SCIENTIFIC, a California company,**<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>**KEMA, INC., a Virginia Corporation, RLW ANALYTICS, INC., a California Corporation, Axmor Software, and Curt D. Puckett, an individual,**<br><br>Counterclaim Defendants. | |

```
Case No: C09 01587 MMC
STIPULATED MISC. ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER
CHANGING HEARING DATE
                                    1
```

**STIPULATED REQUEST FOR ORDER CHANGING TIME**

Pursuant to Local Rules 6-2 and 7-12, Defendants William Koperwhats and MiloSlick Scientific ("Defendants") and Plaintiffs KEMA, Inc. and RLW Analytics, Inc. ("Plaintiffs") and Counterdefendants Curt Puckett ("Puckett') and Specially Appearing Defendant Axmor-Software America, Inc. ("Axmor") request that the Court modify the hearing date for the following pending motions: Plaintiffs' Motion to Dismiss and Motion to Strike, Defendants' Motion to Dismiss and Motion to Strike, Counterdefendant Puckett's Motion to Dismiss and Motion to Strike, and Counterdefendant Axmor's Motion to Dismiss and Motion to Strike. The parties request the Court set the hearing on all Motions for July 31, 2009 at 9:00 am. If that date is not acceptable to the Court, the parties request that the Court hear all of the Motions on one of the following dates: August 14, 2009; August 21, 2009, September 4, 2009 or September 11, 2009.

## **STIPULATION**

**WHEREAS** the Court has continued all hearings on pending motions of Plaintiffs, Defendants and Counterdefendants Puckett and Axmor, from July 10, 2009 and July 31, 2009, to August 28, 2009;

**WHEREAS** Defendants wish to have the motions decided as soon as possible; and

**WHEREAS** Plaintiffs' and Puckett's counsel has a scheduling conflict on August 28, 2009, due to preexisting vacation plans; and

**WHEREAS** Counterdefendant Axmor has a scheduling conflict on August 7, 2009, due to preexisting vacation plans;

**NOW THEREFORE**, Plaintiffs, Defendants, Counterdefendant Puckett and Counterdefendant Axmor hereby stipulate that All Motions to Dismiss and Motions to Strike will

Case No: C09 01587 MMC
STIPULATED MISC. ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER CHANGING HEARING DATE

2

be heard on July 31, 2009, August 14, 2009, August 21, 2009, September 4, 2009 or September 11, 2009.

DATED: July 6, 2009                  MANDEL & ADRIANO

                                                  By: /s/ SaraLynn Mandel
                                                    SARALYNN MANDEL
                                                   Attorneys for Defendants

Concurrence in the filing of this document has been obtained by each of the other signatories.

DATED: July 6, 2009                 GCA LAW PARTNERSHIP LLP
                                                 By     /s/ Valerie M. Wagner
                                                     VALERIE M. WAGNER
                                                  Attorneys for Plaintiffs and Counterdefendant
                                                  Puckett

DATED: July 6, 2009                 MORGAN, FRANICH, FREDKIN & MARSH

                                                 By     /s/ Linda S. MacLeod
                                                 LINDA S. MACLEOD, ESQ.
                                                Attorneys for Counterdefendant Axmor

## **ORDER**

This Court, having reviewed this Stipulation of the parties, and good cause appearing therefor, orders that Plaintiffs' Motion to Dismiss and Strike, Defendants' Motion to Dismiss, Counterdefendant Puckett's Motion to Dismiss and Strike, and Counterdefendant Axmor's Motion to Dismiss and strike be heard at 9:00 am on

___ July 31, 2009 ___Aug. 14, 2009 ___Aug. 21, 2009 ___ Sept. 4, 2009. _X_ Sept. 11, 2009

**IT IS SO ORDERED.**

Dated: July 7, 2009

                                                  Honorable Judge Maxine M. Chesney
                                                  United States District Court Judge

```
Case No: C09 01587 MMC
STIPULATED MISC. ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER
CHANGING HEARING DATE
```