| | |
|---|---|
| **1** | UNITED STATES DISTRICT COURT |
| **2** | NORTHERN DISTRICT OF CALIFORNIA |
| **3** | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| 4 | | |
| 5 | KEMA, INC., a Virginia Corporation, and RLW ANALYTICS, INC., a California Corporation, | NO. 3:09-cv-01587-MMC |
| 6 | | |
| 7 | Plaintiff, | **STIPULATION AND [PROPOSED]** |
|   | vs. | **ORDER SELECTING ADR PROCESS** |
| 8 | | |
| 9 | WILLIAM KOPERWHATS, an individual and MILOSLICK SCIENTIFIC, a California Company, | |
| 10 | | |
| 11 | Defendants. | |
| 12 | WILLIAM KOPERWHATS, an individual and MILOSLICK SCIENTIFIC, a California Company, | |
| 13 | | |
| 14 | Counterclaim Plaintiffs, | |
| 15 | vs. | |
| 16 | KEMA, INC., a Virginia Corporation, RLW ANALYTICS, INC., a California Corporation, Axmor Software, and Curt D. Puckett, an individual, | |
| 17 | | |
| 18 | Counterclaim Defendants. | |
| 19 | | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR Process: Mediation (ADR LR 6)

The parties agree to hold the ADR session within 90 days of the date of this order, pending the availability of their parties and their counsel.

//

---

Stipulation and [Proposed] Order Selecting
ADR Process                                     1

| | |
|---|---|
| Dated: July ____, 2009 | GCA Law Partners LLP |
| | */s/* |
| | By: _____ |
| | Valerie M. Wagner, Esq. |
| | Attorneys for Plaintiffs and Counter-Defendants, KEMA, INC., RLW ANALYTICS, INC., and Counterclaim-Defendant Curt D. Puckett. |
| Dated: July ____, 2009 | Mandel & Adriano |
| | */s/* |
| | By: _____ |
| | Saralyn Mandel, Esq. |
| | Attorneys for Defendants and Counterclaim-Plaintiffs, William Koperwhats and Miloslick Scientific |
| Dated: July ____, 2009 | Morgan, Franich, Fredkin & Marsh |
| | */s/* |
| | By: _____ |
| | Linda M. MacLeod, Esq. |
| | Attorneys for Specially Appearing Counterclaim Defendant, AXMOR SOFTWARE-AMERICA, INC. |

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

        Mediation (ADR L.R. 6)

Deadline for ADR session is 90 days from the date of this order subject to availability of parties and their counsel.

IT IS SO ORDERED.

Dated: July 10, 2009                          _____
                                                         **Judge Maxine M. Chesney**