IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMA, INC., et al., | No. C-09-1587 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| WILLIAM KOPERWHATS, et al., | |
| Defendants, / | |
| AND RELATED COUNTERCLAIMS. / | |

The Court is in receipt of the parties' Joint Case Management Statement, filed July 24, 2009.

In light of the pending motions to dismiss and to strike, each currently scheduled for hearing September 11, 2009, the Case Management Conference currently scheduled for July 31, 2009 is hereby CONTINUED to October 23, 2009. A Joint Case Management Conference Statement shall be filed no later than October 16, 2009.

**IT IS SO ORDERED.**

Dated: July 28, 2009

_____
MAXINE M. CHESNEY
United States District Judge