1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  KEMA, INC., et al.,                         No. C-09-1587 MMC
10             Plaintiffs,                     **ORDER VACATING SEPTEMBER 11, 2009 HEARINGS**
11      v.
12  WILLIAM KOPERWHATS, et al.,
13             Defendants,                    /
14  AND RELATED COUNTERCLAIMS.
15                                             /

16      Before the Court are (1) plaintiffs KEMA, Inc. ("KEMA") and RLW Analytics, Inc.'s ("RLW") motion to dismiss and to strike defendants William Koperwhats ("Koperwhats") and MiloSlick Scientific's ("MiloSlick") counterclaims, filed May 26, 2009; (2) counterclaim defendant Curt D. Pucket's motion to dismiss and to strike Koperwhats and MiloSlick's counterclaims, filed June 2, 2009; (3) counterclaim defendant Axmor Software-America, Inc.'s motion to dismiss Koperwhats and MiloSlick's counterclaims, filed June 12, 2009; and (4) Koperwhats and MiloSlick's motion to dismiss KEMA and RLW's complaint, filed June 15, 2009. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for decision thereon and hereby VACATES the hearings scheduled for September 11, 2009.

**IT IS SO ORDERED.**

Dated: September 9, 2009

_____
MAXINE M. CHESNEY
United States District Judge