**SARALYNN MANDEL (SBN 115930)**
**MANDEL & ADRIANO**
**572 East Green Street, Suite 203**
**Pasadena, CA   91101**
**Telephone No. (626) 395-7801**
**Facsimile No. (626) 395-0694**
**Email: slmandel@mandeladriano.com**

**Attorneys for Defendants**
**WILLIAM KOPERWHATS and**
**MILOSLICK SCIENTIFIC**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **KEMA, INC., a Virginia Corporation, and RLW ANALYTICS, INC., a California Corporation,**<br><br>    **Plaintiffs,**<br><br>    **vs.**<br><br>**WILLIAM KOPERWHATS, an individual and MILOSLICK SCIENTIFIC, a California company,**<br><br>    **Defendants.** | **CASE NO: C09 01587 MMC**<br><br>~~**DEFENDANT KOPERWHATS' [PROPOSED]**~~ **ORDER TO EXTEND DEADLINE FOR ADR MEDIATION PURSUANT TO ADR RULE 6-5** |
| **WILLIAM KOPERWHATS, an individual Counterclaim Plaintiffs,**<br><br>    **vs.**<br><br>**KEMA, INC., a Virginia Corporation, RLW ANALYTICS, INC., a California Corporation, Axmor Software-America, Inc., a Texas Corporation,**<br>**Counterclaim Defendants.** | |

DEFENDANT KOPERWHATS' ~~[PROPOSED]~~ ORDER TO EXTEND DEADLINE FOR ADR MEDIATION PURSUANT TO ADR RULE 6-5

1

# ORDER

This Court, having reviewed DEFENDANT KOPERWHATS' MOTION TO EXTEND DEADLINE FOR ADR MEDIATION PURSUANT TO ADR RULE 6-5, and good cause appearing therefore, orders that the ADR mediation be conducted ~~on~~ no later than January 29, 2010 ~~, or thereafter.~~

**IT IS SO ORDERED.**

Dated: October 2, 2009

*[signature: Maxine M. Chesney]*
Honorable Judge Maxine M. Chesney
United States District Court Judge


Respectfully submitted,

Dated: September 24, 2009   **MANDEL & ADRIANO**

By:   /s/ SaraLynn Mandel/
572 East Green Street, Suite 203
Pasadena, CA  91101
Tel.: (626) 395-7801
Fax.: (626) 395-0694

*Attorneys for Defendants and Counterclaim Plaintiffs, William Koperwhats and Miloslick Scientific*

DEFENDANT KOPERWHATS' ~~[PROPOSED]~~ ORDER TO EXTEND DEADLINE FOR ADR MEDIATION PURSUANT TO ADR RULE 6-5