IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEMA, INC., et al.,            No. C-09-1587 MMC

      Plaintiffs,            **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

  v.

WILLIAM KOPERWHATS, et al.,

      Defendants.
_____/

And related counterclaims.
_____/

       The Court is in receipt of the parties stipulation, filed October 15, 2009, to continue the Case Management Conference in the above-titled action from October 23, 2009 to December 4, 2009, due to "scheduling conflicts" on the part of counsel for defendants/counterclaimants. Such explanation fails to provide the requisite good cause for the requested change. See Civ. L. R. 6-2 (requiring showing of good cause to change scheduled court proceeding). In particular, the Court notes that the upcoming Case Management Conference was scheduled more than two months ago. (See Order filed July 28, 2009.) Whatever the nature of defendants/counterclaimants' undefined "conflict," there is no showing such matter was scheduled before the Court issued its order setting the Conference herein.

       Nevertheless, because other parties are affected, and apparently signed the

stipulation in an effort to accommodate defendants' counsel, the Court will grant the requested continuance.

Accordingly, the Case Management Conference is hereby CONTINUED to December 4, 2009. No further continuances will be granted in the absence of a detailed showing of good cause.

**IT IS SO ORDERED.**

Dated: October 19, 2009

MAXINE M. CHESNEY
United States District Judge