IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMA, INC., | No. C-09-1587 MMC |
| Plaintiff, | **ORDER GRANTING DEFENDANT/ COUNTERCLAIM PLAINTIFF'S MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIMS; VACATING JANUARY 15, 2010 HEARING** |
| v. | |
| WILLIAM KOPERWHATS, et al., | |
| Defendants | |
| _____ | |
| WILLIAM KOPERWHATS, | |
| Counterclaim Plaintiff, | |
| v. | |
| KEMA, INC., et al., | |
| Counterclaim Defendants | |
| _____/ | |

Before the Court is defendant/counterclaim plaintiff William Koperwhats's ("Koperwhats") motion, filed November 20, 2009, by which he seeks an order affording him leave to file his First Amended Answer and Counterclaims to Plaintiff's Complaint ("FAAC").[1] Plaintiff Kema, Inc. has filed a statement of non-opposition.

Good cause appearing, Koperwhat's motion is hereby GRANTED.[2]

**IT IS SO ORDERED.**

Dated:  December 23, 2009

MAXINE M. CHESNEY
United States District Judge

_____

[1] The FAAC was filed October 13, 2009.

[2] The January 15, 2010 hearing is hereby VACATED.