JAMES L. JACOBS, Cal. State Bar No. 158277
VALERIE M. WAGNER, Cal. State Bar No. 173146
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
jjacobs@gcalaw.com
vwagner@gcalaw.com

Attorneys for Plaintiffs and Counter-Defendants
KEMA, INC., RLW ANALYTICS, INC. and
Counter-Defendant CURT PUCKETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEMA, INC., a Virginia Corporation, and RLW ANALYTICS, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM KOPERWHATS and MILOSLICK SCIENTIFIC, LLC.<br><br>Defendants. | No. C09 01587 MMC<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO SET HEARING ON PENDING MOTION TO DISMISS AND STRIKE |
| WILLIAM KOPERWHATS, an individual,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>KEMA, INC., a Virginia Corporation, KEMA, USA, a Pennsylvania Corporation; RLW ANALYTICS, INC., a California Corporation, Axmor Software-America, Inc., a Texas Corporation, and Curt D. Puckett, an individual,<br><br>Counterclaim Defendants. | |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION AND SETTING HEARING FOR MOTION TO DISMISS AND STRIKE; Case No. C-09 01587 MMC

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

| | |
|---|---|
| 1 | This matter came before the Court on the administrative motion by Plaintiffs and |
| 2 | Counter-Defendants KEMA, Inc. ("KEMA") and RLW Analytics, Inc. ("RLW"), and |
| 3 | Counter-Defendant Curt Puckett ("Puckett") (collectively, "Counter-Defendants"), |
| 4 | pursuant to Northern District Local Rule 7-11 to request that the Court set Counter- |
| 5 | Defendants' pending Motion to Dismiss and Strike the First Amended Answer and |
| 6 | Counterclaims for hearing on January 15, 2010, January 29, 2010, or as soon as the matter |
| 7 | could be heard. The administrative motion was unopposed. |

IT IS HEREBY ORDERED THAT:

1. Counter-Defendants' administrative motion is GRANTED. Counter-Defendants' pending Motion to Dismiss and Strike the First Amended Answer and Counterclaims shall be heard on at 9:00 a.m. on __January 29, 2010_____.

2. Counter-Defendants may file a Reply in response to the already-filed Opposition to the Motion to Dismiss and Strike on or before __January 8, 2010____.

Dated: __December 23, 2009__        _____
                                    JUDGE OF THE U.S. DISTRICT COURT,
                                    NORTHERN DISTRICT OF CALIFORNIA

Submitted by:
JAMES L. JACOBS, Cal. State Bar No. 158277
VALERIE M. WAGNER, Cal. State Bar No. 173146
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
Telephone:  (650) 428-3900
Facsimile:  (650) 428-3901
jjacobs@gcalaw.com
vwagner@gcalaw.com

Attorneys for Plaintiffs and Counter-Defendants
KEMA, INC., RLW ANALYTICS, INC. and
Counter-Defendant CURT PUCKETT

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION AND SETTING HEARING FOR MOTION TO DISMISS AND STRIKE; Case No. C-09 01587 MMC

1

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900