IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMA, INC., et al., | No. C-09-1587 MMC |
| Plaintiffs, v. | **ORDER VACATING JANUARY 29, 2010 HEARING ON COUNTERCLAIM DEFENDANTS' MOTION TO DISMISS AND TO STRIKE COUNTERCLAIM PLAINTIFF'S FIRST AMENDED ANSWER AND COUNTERCLAIMS** |
| WILLIAM KOPERWHATS, et al., | |
| Defendants, / | |
| AND RELATED COUNTERCLAIMS. / | |

Before the Court is counterclaim defendant KEMA, Inc., counterclaim defendant RLW Analytics, Inc., and counterclaim defendant Curt Puckett's (collectively "Counterclaim Defendants") joint Motion to Dismiss and Motion to Strike First Amended Counterclaims, filed October 29, 2009. Counterclaim plaintiff William Koperwhats ("Koperwhats") have filed opposition, to which Counterclaim Defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for January 29, 2010.

**IT IS SO ORDERED.**

Dated: January 27, 2010

MAXINE M. CHESNEY
United States District Judge