1  JAMES L. JACOBS, Cal. State Bar No. 158277
   VALERIE M. WAGNER, Cal. State Bar No. 173146
2  GCA LAW PARTNERS LLP
   1891 Landings Drive
3  Mountain View, CA  94043
   Telephone:  (650) 428-3900
4  Facsimile:  (650) 428-3901
   jjacobs@gcalaw.com
5  vwagner@gcalaw.com

6  Attorneys for Plaintiffs and Counter-Defendants
   KEMA, INC., RLW ANALYTICS, INC. and
7  Counter-Defendant CURT PUCKETT

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  KEMA, INC., a Virginia Corporation, and RLW ANALYTICS, INC., a California Corporation, | No.   C09 01587 MMC |
| 12 | STIPULATION AND [PROPOSED] ORDER CONTINUING ADR MEDIATION DEADLINE |
| 13 | |
| 14            Plaintiffs, | |
| 15            vs. | |
| 16  WILLIAM KOPERWHATS and MILOSLICK SCIENTIFIC, LLC. | |
| 17            Defendants. | |
| 18 | |
| 19  WILLIAM KOPERWHATS, an individual, | |
| 20            Counterclaim Plaintiff, | |
| 21            vs. | |
| 22 | |
| 23  KEMA, INC., a Virginia Corporation, KEMA, USA, a Pennsylvania Corporation; RLW ANALYTICS, INC., a California Corporation, Axmor Software-America, Inc., a Texas Corporation, and Curt D. Puckett, an individual, | |
| 24 | |
| 25 | |
| 26 | |
| 27            Counterclaim Defendants. | |
| 28 | |

STIPULATION AND [PROPOSED] ORDER CONTINUING ADR MEDIATION DEADLINE;
CASE NO. C-09 01587 MMC

Pursuant to Local Rules 6-2 and 7-12, and ADR Rule 6-5, Plaintiffs and Counter-Defendants KEMA, Inc. and RLW Analytics, Inc., Specially-Appearing Counter-Defendant Curt Puckett, Specially-Appearing Counter-Defendant KEMA USA, Inc., and Defendant and Counter-Claimant William Koperwhats and Defendant MiloSlick Scientific, and Specially-Appearing Counter-Defendant Axmor-Software America, Inc., hereby stipulate and request that the Court continue the ADR mediation deadline, currently set for January 29, 2010, to March 31, 2010.

WHEREAS, the parties had scheduled a mediation for January 25, 2010;

WHEREAS, the parties participated in a conference call with Daniel Bowling of the Court's ADR Program Legal Staff and the court-appointed mediator, Henry Su, on January 20, 2010;

WHEREAS, after conferring with the parties regarding the readiness of this matter for mediation, Mr. Bowling recommended that the parties seek to continue the ADR deadline so as to allow the Court to rule on some or all pending motions to dismiss;

WHEREAS, there are motions to dismiss in this matter currently set for hearing on January 29, 2010, and February 26, 2010; and

WHEREAS, the parties agreed that mediation at a later date would more likely be productive;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

1. The Court continue the ADR mediation deadline currently set for January 29, 2010, to March 31, 2010.

DATED: January 22, 2010　　　　　　　　　GCA LAW PARTNERSHIP LLP
By  /s/ Valerie M. Wagner
　　VALERIE M. WAGNER

Attorneys for Plaintiffs and Counterclaim Defendants KEMA, INC. and RLW ANALYTICS, INC., and Specially-Appearing Counterclaim Defendants CURT PUCKETT and KEMA USA, INC.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

Concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: January 22, 2010          MANDEL & ADRIANO

By: /s/ SaraLynn Mandel
    SARALYNN MANDEL

Attorneys for Defendant and Counter-Claimant WILLIAM KOPERWHATS and Defendant MILOSLICK SCIENTIFIC

DATED: January 22, 2010          MORGAN, FRANICH, FREDKIN & MARSH

By /s/ Linda S. MacLeod
   LINDA S. MACLEOD, ESQ.
Attorneys for Specially-Appearing Counter-Defendant Axmor-Software America, Inc.

## **ORDER**

This Court, having reviewed this Stipulation of the parties, and good cause appearing therefore, orders that the ADR mediation in this matter be conducted on or before March 31, 2010.

**IT IS SO ORDERED.**

Dated: __ January 27, 2010 _____

_____
Honorable Judge Maxine M. Chesney
United States District Court Judge