IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMA, INC., et al., | No. C-09-1587 MMC |
|     Plaintiffs, | **ORDER VACATING FEBRUARY 26, 2010 HEARING** |
|     v. | |
| WILLIAM KOPERWHATS, et al., | |
|     Defendants, / | |
| AND RELATED COUNTERCLAIMS. / | |

Before the Court are counterclaim defendant Axmor Software-America, Inc.'s ("Axmor") Motion to Dismiss, filed January 12, 2010, by which Axmor seeks dismissal of defendant William Koperwhats' ("Koperwhats") First Amended Counterclaims. Koperwhats has filed opposition to Axmor's motion, to which Axmor has filed a reply. Also before the Court is KEMA USA, Inc.'s ("KEMA USA") combined Motion to Dismiss and Motion to Strike First Amended Counterclaims, filed January 12, 2010. Koperwhats has filed opposition to KEMA USA's combined motion, to which KEMA USA has replied.

Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for decision thereon and hereby VACATES the hearing scheduled for February 26, 2010.

**IT IS SO ORDERED.**

Dated: February 24, 2010

                                              MAXINE M. CHESNEY
                                              United States District Judge