JAMES L. JACOBS, Cal. State Bar No. 158277
VALERIE M. WAGNER, Cal. State Bar No. 173146
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
jjacobs@gcalaw.com
vwagner@gcalaw.com

Attorneys for Plaintiffs and Counter-Defendants
KEMA, INC. and RLW ANALYTICS, INC., and
Specially-Appearing Counter-Defendants
CURT PUCKETT and KEMA USE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEMA, INC., a Virginia Corporation, and RLW ANALYTICS, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM KOPERWHATS and MILOSLICK SCIENTIFIC, LLC.<br><br>Defendants. | No. C09 01587 MMC<br><br>~~CORRECTED [PROPOSED]~~ ORDER GRANTING MOTION TO EXTEND ADR DEADLINE UNDER ADR LOCAL RULE 6-5 |
| WILLIAM KOPERWHATS, an individual and MILOSLICK SCIENTIFIC, a California company,<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>KEMA, INC., a Virginia Corporation, KEMA, USA, a Pennsylvania Corporation, RLW ANALYTICS, INC., a California Corporation, Axmor Software-America, Inc., a Texas Corporation, and Curt D. Puckett, an individual,<br><br>Counterclaim Defendants. | |

-1-

The Court, having reviewed the Motion to Extend ADR Deadline Under ADR Local Rule 6-5 filed by Plaintiffs and Counter-Defendants KEMA, Inc. and RLW Analytics, Inc., and good cause appearing therefore, orders that the ADR mediation in this matter be conducted on or before April 30, 2010.

IT IS SO ORDERED.

Dated: __March 4, 2010__  _____
JUDGE OF THE U.S. DISTRICT COURT
NORTHERN DISTRIECT OF CALIFORNIA

Submitted by:
JAMES L. JACOBS, Cal. State Bar No. 158277
VALERIE M. WAGNER, Cal. State Bar No. 173146
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
Telephone:  (650) 428-3900
Facsimile:  (650) 428-3901
jjacobs@gcalaw.com
vwagner@gcalaw.com

Attorneys for Plaintiffs and Counter-Defendants KEMA, INC. and RLW ANALYTICS, INC., and Specially-Appearing Counter-Defendants CURT PUCKETT and KEMA USA, INC.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900