IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMA, INC., et al., | No. C-09-1587 MMC |
| Plaintiffs, | **ORDER GRANTING COUNTERCLAIM DEFENDANTS KEMA USA, INC., AND AXMOR, INC.'S MOTIONS TO DISMISS; DENYING AS MOOT COUNTERCLAIM DEFENDANTS' MOTIONS TO STRIKE** |
| v. | |
| WILLIAM KOPERWHATS, et al., | |
| Defendants. | |
| And related counterclaims. | |

Before the Court is counterclaim defendant KEMA USA, Inc.'s ("KEMA USA") combined Motion to Dismiss and Motion to Strike First Amended Answer and Counterclaims, filed January 12, 2010. Counterclaim plaintiff William Koperwhats ("Koperwhats") has filed opposition, to which KEMA USA has replied. Also before the Court is counterclaim defendant Axmor's ("Axmor") Motion to Dismiss First Amended Counterclaim, filed January 12, 2010. Koperwhats has filed opposition, to which Axmor has replied.

Having read and considered the papers filed in support of and in opposition to the motions, the Court hereby rules as follows.[1]

---

[1] By order filed February 24, 2010, the Court took the matters under submission.

### 1. KEMA USA

Koperwhats alleges his First through Seventh Causes of Action against, <u>inter alia</u>, KEMA USA. By order filed March 1, 2010 the Court granted KEMA Inc.'s motion to dismiss Koperwhats' First through Sixth Causes of Action for failure to state a claim against KEMA, Inc. and denied as moot KEMA Inc.'s motion to strike the prayer for damages on Koperwhats' Fifth Cause of Action. Because KEMA USA's alleged liability is based on the same allegations as those alleged against KEMA Inc., the instant motion to dismiss is hereby GRANTED. Accordingly, Koperwhats' First through Sixth Causes of Action as alleged against KEMA USA are hereby DISMISSED and KEMA USA's motion to strike is hereby DENIED as moot.[2]

### 2. AXMOR

Koperwhats alleges his First, Second, Fifth and Sixth Causes of Action against, <u>inter alia</u>, Axmor. As discussed above, those Causes of Action have been dismissed as to KEMA Inc. and KEMA USA. Although Axmor's liability is alleged to be based on conduct different from that of KEMA Inc. and KEMA USA, the rights Koperwhats alleges were violated by such conduct and the allegations by which Koperwhats seeks to establish those rights are, with respect to each such counterclaim defendant, the same. Accordingly, Axmor's motion to dismiss is hereby GRANTED and Koperwhats' First, Second, Fifth and Sixth Causes of Action as alleged against Axmor are hereby DISMISSED; Axmor's motion to strike the prayer for damages on Koperwhats' Fifth Cause of Action is hereby DENIED as moot.

//
//
//
//
//

---

[2] Neither KEMA Inc. nor KEMA USA seeks an order dismissing or striking Koperwhats' Seventh Cause of Action ("Cancellation of Plaintiffs' Registered Trademark").

2

By the Court's order of March 1, 2010, Koperwhats was granted leave to file an amended complaint curing the deficiencies in his claims against KEMA Inc. Accordingly, the dismissals as to the claims against KEMA USA and Axmor, likewise are with leave to amend by said date.[3]

**IT IS SO ORDERED.**

Dated: March 5, 2010

MAXINE M. CHESNEY
United States District Judge

---

[3] In light of the above, the Court does not reach KEMA USA's and Axmor's alternative arguments that the Court lacks personal jurisdiction as to said counterclaim defendants.