1
2
3
4
5
6
7

UNITED STATES  DISTRICT COURT

8

Northern District of California

9

San Francisco Division

10
11

KEMA, INC., et al.,

No. C 09-1587 MMC MED

12

Plaintiffs,

13

v.

14

WILLIAM KOPERWHATS, et al.,

**ORDER DENYING DEFENDANTS'
REQUESTS REGARDING
ATTENDANCE AT MEDIATION AND
FOR SANCTIONS**

15

Defendants.

_____/

16

And related counterclaims.

17

_____/

18
19        Defendants' request for an order requiring personal attendance by Counterclaim defendants

20  Puckett, Axmor Software America, and KEMA USA at the mediation scheduled for March 23,

21  2010, is DENIED.  The ADR Magistrate Judge will not order personal attendance by a party or a

22  party representative at mediation until after the assigned judge rules on disputes related to the

23  court's personal jurisdiction over that party.  Parties may, of course, voluntarily agree to participate

24  in the court's mediation process during the pendency of disputes concerning personal jurisdiction.

25        Defendants' request for an order requiring personal attendance at the mediation by non-

26  attorney corporate representatives of KEMA, Inc. and RLW Analytics is DENIED.  The client

27  representative identified by these parties shall appear in person.  In addition, an appropriate non-

28  //

attorney corporate representative shall participate by telephone throughout the mediation.

Defendants' request for sanctions is DENIED.

IT IS SO ORDERED.

March 8, 2010                    By:        _Elizabeth D. Laporte_
Dated                                        Elizabeth D. Laporte
                                        United States Magistrate Judge