LINDA M. MACLEOD, ESQ. [SBN 142023]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113 1613
Telephone: (408) 288 8288
Facsimile: (408) 288 8325

Attorneys for Specially Appearing
AXMOR SOFTWARE-AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMA, INC., a Virginia Corporation, and RLW ANALYTICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM KOPERWHATS and MILOSLICK SCIENTIFIC, LLC,<br><br>Defendants.<br><br>WILLIAM KOPERWHATS, an individual,<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>KEMA, INC., a Virginia Corporation, KEMA, USA, a Pennsylvania Corporation; RLW ANALYTICS, INC., a California Corporation, Axmor Software-America, Inc., a Texas Corporation, and Curt D. Puckett, an individual,<br><br>Counterclaim Defendants. | Case No. C09 01587<br><br>**STIPULATED MISC. ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE DATE** |

## STIPULATED REQUEST FOR ORDER CHANGING TIME

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs and Counter-Defendants KEMA, Inc. and RLW Analytics, Inc., Specially-Appearing Counter-Defendants KEMA USA, Inc. and Curt Puckett, Defendant and Counter-Claimant William Koperwhats, Defendant MiloSlick Scientific, and Specially-Appearing Counter-Defendant Axmor-Software America, Inc.

1

request that the Court continue the Status Conference currently set for May 14, 2010 to June 4, 2010.  The reason for this request is that on June 4, 2010, the Court is already scheduled to hear Koperwhats' Motion to Dismiss the First Amended Complaint at 9:00 a.m.  Holding both the hearing and the status conference on June 4, 2010 will lessen the travel time and expense of counsel.  It is also possible that the Court's rulings on Koperwhats' motion and the two Motions to Dismiss the Second Amended Counterclaims (set for hearing on May 28, 2010) may have an impact on the matters to be addressed at the Status Conference.

## STIPULATION

**WHEREAS** the parties have motions to dismiss set for hearing on May 28, 2010 and June 4, 2010 that may have an impact on the issues addressed at the Status Conference currently set for May 14, 2010;

NOW THEREFORE, the Parties hereby stipulate that the Status Conference be continued from May 14, 2010 at 10:30 a.m. to June 4, 2010 at 10:30 a.m.

Dated:  May 5, 2010          MORGAN, FRANICH, FREDKIN & MARSH

                                         */s/ Linda M. MacLeod*

                             By: _____
                                   Linda M. MacLeod
                                   Attorneys for Specially Appearing
                                   Axmor Software-America, Inc.

Dated:  May 5, 2010          MANDEL & ADRIANO

                                         */s/ SaraLynn Mandel*

                             By: _____
                                   SARALYNN MANDEL
                                   Attorneys for Defendants

Dated: May 5, 2010           GCA LAW PARTNERSHIP LLP

                                         */s/ Valerie M. Wagner*

                             By: _____
                                   VALERIE M. WAGNER
                                   Attorneys for KEMA, Inc., KEMA USA,
                                   RLW Analytics, Inc., and Curt Puckett

# ORDER

This Court, having reviewed this Stipulation of the parties, and good cause appearing therefore, orders that the Status Conference be continued from May 14, 2010 to ~~June 4,~~ July 9, 2010 at 10:30 a.m. An updated Conference Statement shall be filed no later than ~~May 28,~~ July 2, 2010.

IT IS SO ORDERED.

Dated: May 10, 2010

Honorable Judge Maxine M. Chesney
United States District Court Judge

3

Stipulated Misc. Administrative Request and
[Proposed] Order Continuing Status Conference Date