IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMA, INC., et al., | No. C-09-1587 MMC |
| Plaintiffs, v. | **ORDER VACATING MAY 28, 2010 HEARINGS ON KEMA DEFENDANTS' MOTION TO DISMISS AND TO STRIKE SECOND AMENDED COUNTERCLAIMS AND AXMOR'S MOTION TO DISMISS SECOND AMENDED COUNTERCLAIMS** |
| WILLIAM KOPERWHATS, et al., | |
| Defendants, / | |
| AND RELATED COUNTERCLAIMS. / | |

Before the Court is counterclaim defendant KEMA USA, Inc., counterclaim defendant KEMA, Inc., counterclaim defendant RLW Analytics, Inc., and counterclaim defendant Curt Puckett's (collectively "KEMA Defendants") joint Motion to Dismiss and Motion to Strike Second Amended Counterclaims, filed April 23, 2010. Counterclaim plaintiff William Koperwhats ("Koperwhats") has filed opposition, to which KEMA Defendants have replied. Also before the Court is counterclaim defendant Axmor Software-America, Inc.'s Motion to Dismiss Second Amended Counterclaims, filed April 23, 2010. Koperwhats has filed opposition to which Axmor has replied.

//
//
//
//

Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for determination on the parties' written submissions, and hereby VACATES the hearing scheduled for May 28, 2010.

**IT IS SO ORDERED.**

Dated: May 26, 2010

MAXINE M. CHESNEY
United States District Judge