IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMA, INC., et al.,<br><br>    Plaintiffs,<br>  v.<br><br>WILLIAM KOPERWHATS, et al.,<br><br>    Defendants,<br>                                                        /<br>AND RELATED COUNTERCLAIMS.<br>                                                        / | No. C-09-1587 MMC<br><br>**ORDER VACATING JUNE 4, 2010 HEARING ON DEFENDANTS KOPERWHATS AND MILOSLICK SCIENTIFIC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Before the Court is defendants William Koperwhats ("Koperwhats") and Miloslick Scientific's joint "Motion to Dismiss Plaintiffs' First Amended Complaint," filed April 27, 2010. Plaintiffs KEMA, Inc. and RLW Analytics, Inc. have filed opposition, to which defendants have replied.

Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' written submissions, and hereby VACATES the hearing scheduled for June 4, 2010.

**IT IS SO ORDERED.**

Dated: June 2, 2010

MAXINE M. CHESNEY
United States District Judge