1  LINDA M. MACLEOD, ESQ. [SBN 142023]
   MORGAN, FRANICH, FREDKIN & MARSH
2  99 Almaden Boulevard, Suite 1000
   San Jose, California 95113 1613
3  Telephone:(408) 288 8288
   Facsimile: (408) 288 8325
4

5  Attorneys for Specially Appearing
   AXMOR SOFTWARE-AMERICA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMA, INC., a Virginia Corporation, and RLW ANALYTICS, INC., a California Corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>WILLIAM KOPERWHATS and MILOSLICK SCIENTIFIC, LLC,<br><br>                    Defendants. | Case No. C09 01587<br><br>**STIPULATED MISC. ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE DATE** |
| WILLIAM KOPERWHATS, an individual,<br><br>                    Counterclaim Plaintiffs,<br><br>vs.<br><br>KEMA, INC., a Virginia Corporation, KEMA, USA, a Pennsylvania Corporation; RLW ANALYTICS, INC., a California Corporation, Axmor Software-America, Inc., a Texas Corporation, and Curt D. Puckett, an individual,<br><br>                    Counterclaim Defendants. | |

### STIPULATED REQUEST FOR ORDER CHANGING TIME

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs and Counter-Defendants KEMA, Inc. and RLW Analytics, Inc., Specially-Appearing Counter-Defendants KEMA USA, Inc. and Curt Puckett, Defendant and Counter-Claimant William Koperwhats, Defendant MiloSlick Scientific, and Specially-Appearing Counter-Defendant Axmor-Software America, Inc.

1

request that the Court continue the Status Conference currently set for July 9, 2010 to July 30, 2010, as well as the corresponding joint case management statement due date from July 2, 2010 to July 23, 2010.  The reason for this request is that the Court has not yet issued its Orders on the Motions to Dismiss filed by the parties in the case.  These motions have been under submission by the Court since May 26, 2010 and June 2, 2010, and could result in the elimination of claims and/or parties and could substantially affect the contents of the Joint Case Management Conference Statement.  Linda M. MacLeod, counsel for Axmor Software-America, Inc. will be in Sacramento for depositions on June 22 and 23, and will be on vacation, with no access to e-mail, on June 25 through July 5, 2010.  She will therefore be unable to participate in the preparation of a Joint Case Management Statement currently due on July 2, 2010.  In addition, counsel for Plaintiff, Saralynn Mandel, cannot appear in court on July 16 or July 23, so a July 30, 2010 Case Management Conference date is requested.

## STIPULATION

NOW THEREFORE, the Parties hereby stipulate that the Status Conference be continued from July 9, 2010 at 10:30 a.m. to July 30, 2010 at 10:30 a.m.  The Joint Case Management Statement shall be filed no later than July 23, 2010.

Dated: June 21, 2010                           MORGAN, FRANICH, FREDKIN & MARSH

                                               /s/ Linda M. MacLeod

                                               By: _____
                                                   Linda M. MacLeod
                                                   Attorneys for Specially Appearing
                                                   Axmor Software-America, Inc.

Dated:  June 21, 2010                          MANDEL & ADRIANO

                                               /s/ Saralynn Mandel

                                               By: _____
                                                   SARALYNN MANDEL
                                                   Attorneys for Defendants
                                                   William Koperwhats and
                                                   Miloslick Scientific, LLC

2

Stipulated Misc. Administrative Request and
[Proposed] Order Continuing Status Conference Date

Dated: June 21, 2010                       GCA LAW PARTNERSHIP LLP

*/s/ Valerie M. Wagner*

By: _____
    VALERIE M. WAGNER
    Attorneys for KEMA, Inc., KEMA USA,
    RLW Analytics, Inc., and Curt Puckett

### **ORDER**

This Court, having reviewed this Stipulation of the parties, and good cause appearing therefore, orders that the Status Conference be continued from July 9, 2010 to July 30, 2010 at 10:30 a.m.  An updated Conference Statement shall be filed no later than July 23, 2010.

IT IS SO ORDERED.

Dated:  June 24, 2010                       _____
                                             Honorable Judge Maxine M. Chesney
                                             United States District Court Judge

---
Stipulated Misc. Administrative Request and
[Proposed] Order Continuing Status Conference Date