1  LINDA M. MACLEOD, ESQ. [SBN 142023]
   MORGAN, FRANICH, FREDKIN & MARSH
2  99 Almaden Boulevard, Suite 1000
   San Jose, California  95113 1613
3  Telephone:(408) 288 8288
   Facsimile:  (408) 288 8325
4
   Attorneys for Specially Appearing
5  AXMOR SOFTWARE-AMERICA, INC.

6
                  UNITED STATES DISTRICT COURT
7
               NORTHERN DISTRICT OF CALIFORNIA
8

9  KEMA, INC., a Virginia Corporation, and          Case No. C09 01587
   RLW ANALYTICS, INC., a California
10 Corporation,

11                          Plaintiff,              **MISC. ADMINISTRATIVE
                                                    REQUEST AND [PROPOSED]**
12 vs.                                              **ORDER CONTINUING STATUS
                                                    CONFERENCE DATE**
13 WILLIAM KOPERWHATS and MILOSLICK
   SCIENTIFIC, LLC,
14
                          Defendants.
15
   WILLIAM KOPERWHATS, an individual,
16
                   Counterclaim Plaintiffs,
17
18 vs.

19 KEMA, INC., a Virginia Corporation, KEMA,
   USA, a Pennsylvania Corporation; RLW
20 ANALYTICS, INC., a California Corporation,
   Axmor Software-America, Inc., a Texas
21 Corporation, and Curt D. Puckett, an individual,

                   Counterclaim Defendants.
22

23              **REQUEST FOR ORDER CHANGING TIME**

24        Pursuant to Local Rules 6-2 and 7-12, Plaintiffs and Counter-Defendants KEMA, Inc.

25 and RLW Analytics, Inc., Specially-Appearing Counter-Defendants KEMA USA, Inc. and

26 Curt Puckett, Defendant, and Specially-Appearing Counter-Defendant Axmor-Software

27 America, Inc. request that the Court continue the Status Conference currently set for July

28                                     1

1    30, 2010 to September 3, 2010, as well as the corresponding joint case management

2    statement due date from July 23, 2010 to August 27, 2010.   Defendant and Counter-

3    Claimant William Koperwhats and Defendant MiloSlick Scientific are not seeking this

4    continuance but do not oppose it.

5         The reason for this request is that the Court has not yet issued its Orders on the

6    Motions to Dismiss filed by the parties in the case.  These motions have been under

7    submission by the Court since May 26, 2010 and June 2, 2010, and could result in the

8    elimination of claims and/or parties and could substantially affect the contents of the Joint

9    Case Management Conference Statement.  The date chosen for the continued Case

10   Management Conference is based upon the availability of counsel for the parties.

11                              **STIPULATION**

12        Plaintiffs and Counter-Defendants KEMA, Inc. and RLW Analytics, Inc., Specially-

13   Appearing Counter-Defendants KEMA USA, Inc. and Curt Puckett, Defendant, and

14   Specially-Appearing Counter-Defendant Axmor-Software America, Inc. and Defendants

15   William Koperwhats and MiloSlick Scientific, and Counter Plaintiff William Koperwhats

16   hereby stipulate that the Status Conference be continued from July 30, 2010 at 10:30 a.m. to

17   September 3, 2010 at 10:30 a.m.  The Joint Case Management Statement shall be filed no

18   later than August 27, 2010.

19        IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

20        Concurrence in the filing of this document has been obtained from all signatories.

21

22   Dated: July 22, 2010                         GCA LAW PARTNERSHIP LLP

23                                                */s/ Valerie M. Wagner*

24                                       By: _____
                                             VALERIE M. WAGNER
25                                           Attorneys for KEMA, Inc., KEMA USA,
                                             RLW Analytics, Inc., and Curt Puckett

26

27

28
                                          2

1

Dated: July 22, 2010                MORGAN, FRANICH, FREDKIN & MARSH

2

*/s/ Linda M. MacLeod*

3

By: _____

4                                       Linda M. MacLeod
                                        Attorneys for Specially Appearing
5                                       Axmor Software-America, Inc.

6

Dated:  July 22, 2010               MANDEL & ADRIANO

7

*/s/ Saralynn Mandel*

8

By: _____

9                                       SARALYNN MANDEL
                                        Attorneys for Defendants
10                                      William Koperwhats and
                                        Miloslick Scientific, LLC

11

12

13

**ORDER**

14

This Court, having reviewed this Administrative Request and Stipulation/Non

15

16  Opposition of the parties, and good cause appearing therefore, orders that the Status

17  Conference be continued from July 30, 2010 to September ~~3~~, 2010 at at 10:30 a.m.  An
                                                          24

18  updated Conference Statement shall be filed no later than ~~August 27,~~ 2010.
                                                          September 17,

19

20

IT IS SO ORDERED.

21

Dated:  __July 28, 2010_____        __/s/ Vaughn R Walker for_____

22

23                                       Honorable Judge Maxine M. Chesney
                                         United States District Court Judge

24

25

26

27

28
                                  3

Administrative Request and
[Proposed] Order Continuing Status Conference Date