IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMA, INC., a Virginia Corporation, and RLW ANALYTICS, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM KOPERWHATS and MILOSLICK SCIENTIFIC, LLC.<br><br>Defendants.<br>_____/ | No. C-09-1587 MMC<br><br>**ORDER DENYING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO STRIKE DEFENDANTS' MOTION TO DISMISS AND STRIKE SECOND AMENDED COMPLAINT** |

Before the Court is plaintiffs' "Unopposed Administrative Motion to Shorten Time for Hearing on Motion to Strike Defendants' Motion to Dismiss And Strike Second Amended Complaint," filed October 28, 2010, whereby plaintiffs seek to set a shortened briefing and hearing schedule on a motion to strike defendants' motion to dismiss, on the ground defendants' motion was not timely filed.

Good cause not having been shown, plaintiffs' motion is hereby DENIED. Plaintiffs may either (1) file a regularly noticed motion to strike or (2) include any arguments related to the timeliness of defendants' motion to dismiss in their opposition thereto.

**IT IS SO ORDERED.**

Dated: October 29, 2010

_____
MAXINE M. CHESNEY
United States District Judge