JAMES L. JACOBS, Cal. State Bar No. 158277
VALERIE M. WAGNER, Cal. State Bar No. 173146
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
jjacobs@gcalaw.com
vwagner@gcalaw.com

Attorneys for Specially-Appearing Counter-Defendant KEMA USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEMA, INC., a Virginia Corporation, and RLW ANALYTICS, INC., a California Corporation,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>WILLIAM KOPERWHATS and MILOSLICK SCIENTIFIC, LLC.<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.   C09 01587 MMC (BZ)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SETTLEMENT CONFERENCE |

STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE; Case No. C-09 01587 MMC (BZ)

1   WHEREAS, there is currently a Settlement Conference in the present case before
2   Magistrate Judge Bernard Zimmerman on calendar for December 22, 2010 at 9:00 a.m.;
3   WHEREAS, Plaintiffs and Counter-Defendants KEMA, Inc. and RLW Analytics,
4   Inc. requested in writing on November 22, 2010 that the Settlement Conference be set for a
5   different date due to a scheduling conflict on the part of their corporate representative
6   caused by a pre-existing family vacation;
7   WHEREAS, Defendant and Counter-Claimant William Koperwhats and Defendant
8   MiloSlick Scientific did not oppose this request;
9   WHEREAS, the Court's Deputy Clerk proposed the dates of either February 17,
10  2011 at 9:00 a.m. or February 22, 2011 at 10:00 a.m.; and
11  WHEREAS, counsel for all parties and the parties themselves can all be available
12  for a settlement conference on February 17, 2011, and are in agreement on that date.
13  NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE
14  PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:
15  1.   The Settlement Conference in this case that is currently set for December
16  22, 2010 at 9:00 a.m. shall be continued to February 17, 2011 at 9:00 a.m.
17  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
18  Concurrence in the filing of this document has been obtained from all signatories as
19  attested below.
20
21
22
23
24
25
26
27
28

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT
CONFERENCE; CASE NO. C-09 01587 MMC                                              1

Dated:   December 3, 2010        GCA LAW PARTNERS LLP

By: /s/ Valerie M. Wagner
      Valerie M. Wagner

Attorneys for Plaintiffs and Counter-Defendants KEMA, INC. and RLW ANALYTICS, INC., and Specially-Appearing Counter-Defendants CURT PUCKETT and KEMA USA, INC.

Dated:   December 3, 2010        MANDEL & ADRIANO

By: /s/ SaraLynn Mandel
      SaraLynn Mandel

Attorneys for Defendant and Counter-Claimant WILLIAM KOPERWHATS and Defendant MILOSLICK SCIENTIFIC

**[PROPOSED] ORDER**

This Court, having reviewed this Stipulation and [Proposed] Order, and good cause appearing therefore, orders that the Settlement Conference be continued from December 22, 2010 at 9:00 a.m. to February 17, 2011 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  __December 5, 2010_____

_____
Honorable Judge Bernard Zimmerman
United States Magistrate Court Judge

## ATTESTATION

I, Valerie M. Wagner, am counsel for Plaintiffs and Counter-Defendants KEMA, Inc. and RLW Analytics, Inc. I am the registered ECF user whose username and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE. In compliance with General Order 45, Section X(B), I hereby attest that the above-identified counsel concurred in this filing.

Dated:   December 3, 2010                                  GCA LAW PARTNERS LLP

                                                           By: /s/ Valerie M. Wagner
                                                                   Valerie M. Wagner

                                                           Attorneys for Plaintiffs and Counter-Defendants KEMA, INC. and RLW ANALYTICS, INC., and Specially-Appearing Counter-Defendants CURT PUCKETT and KEMA USA, INC.