IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMA, INC., a Virginia Corporation, and RLW ANALYTICS, INC., a California Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAM KOPERWHATS and MILOSLICK SCIENTIFIC, LLC.<br><br>    Defendants. | No. C-09-1587 MMC<br><br>**ORDER VACATING DECEMBER 10, 2010 HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |

    Before the Court is the Motion to Dismiss and to Strike Plaintiffs' Second Amended Complaint, filed October 25, 2010, by defendants William Koperwhats and MiloSlick Scientific. Plaintiffs KEMA, Inc. and RLW Analytics, Inc. have filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for December 10, 2010.

    **IT IS SO ORDERED.**

Dated: December 7, 2010

                                        MAXINE M. CHESNEY
                                        United States District Judge