JAMES L. JACOBS, Cal. State Bar No. 158277
VALERIE M. WAGNER, Cal. State Bar No. 173146
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
Telephone:  (650) 428-3900
Facsimile:  (650) 428-3901
jjacobs@gcalaw.com
vwagner@gcalaw.com

Attorneys for Plaintiffs and Counter-Defendants
KEMA, INC. and RLW ANALYTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEMA, INC., a Virginia Corporation, and RLW ANALYTICS, INC., a California Corporation,<br><br>              Plaintiffs,<br><br>       vs.<br><br>WILLIAM KOPERWHATS and MILOSLICK SCIENTIFIC, LLC.<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.  C09 01587 MMC<br>ORDER ON<br>STIPULATION FOR EXTENSION OF TIME FOR KEMA AND RLW TO RESPOND TO THIRD AMENDED ANSWER AND COUNTERCLAIMS |

STIPULATION FOR EXTENSION FOR KEMA AND RLW TO RESPOND TO
THIRD AMENDED ANSWER AND COUNTERCLAIMS; Case No. C-09 01587 MMC

1   WHEREAS, Plaintiff and Counter-Defendant William Koperwhats ("Koperwhats")
2   filed his Third Amended Answer And Counterclaims (the "TAAC") in this action on
3   January 7, 2011;
4   WHEREAS, the Parties are unsure whether Counter-Defendants KEMA, Inc.
5   ("KEMA") and RLW Analytics, Inc. ("RLW") are required to answer or otherwise
6   respond to the TAAC;
7   WHEREAS, the deadline for KEMA and RLW to answer or otherwise respond to
8   the Amended Counterclaims would be January 28, 2011, if such answer or response were
9   required;
10  WHEREAS, the Parties are discussing settlement and have a Settlement
11  Conference scheduled on February 17, 2011;
12  WHEREAS, the Parties agree that an extension of time for KEMA and RLW to
13  respond to the TAAC, if such response is necessary, will not alter the date of any event or
14  any deadline already fixed by Court order in this matter.
15  NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE
16  PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:
17      1.   KEMA USA and Axmor shall have until March 1, 2011, to file any
18  necessary answer or response to the TAAC.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

STIPULATION FOR EXTENSION FOR KEMA AND RLW TO RESPOND TO THIRD AMENDED ANSWER AND COUNTERCLAIMS; CASE NO. C-09 01587 MMC           1

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Concurrence in the filing of this document has been obtained from all signatories.

Dated:   January 28, 2011            GCA LAW PARTNERS LLP

By: /s/ Valerie M. Wagner
    Valerie M. Wagner

Attorneys for Plaintiffs and Counter-Defendants KEMA, INC. and RLW ANALYTICS, INC.

Dated:   January 28, 2011            MANDEL & ADRIANO

By: /s/ SaraLynn Mandel
    SaraLynn Mandel

Attorneys for Defendant and Counter-Claimant WILLIAM KOPERWHATS and Defendant MILOSLICK SCIENTIFIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Maxine M. Chesney

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

STIPULATION FOR EXTENSION FOR KEMA AND RLW TO RESPOND TO THIRD AMENDED ANSWER AND COUNTERCLAIMS; CASE NO. C-09 01587 MMC     2