UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMA INC., ) | |
| ) | |
| Plaintiff(s), ) | No. C09-1587 MMC (BZ) |
| ) | |
| v. ) | **ORDER RE OVERDUE PAPERS** |
| ) | |
| WILLIAM KOPERWHATS and ) | |
| MILOSLICK SCIENTIFIC, LLC, ) | |
| ) | |
| Defendant(s). ) | |

TO: Defendant(s) and their attorney(s) of record:

On September 27, 2010, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for February 17, 2011. Your statement was due February 10, 2011. It was not received by chambers.

It is hereby **ORDERED** that if a statement is not lodged by the close of business tomorrow, defendant(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: February 14, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2011\KEMA KOPERWHATS LATE PAPERS ORDER.wpd

1