# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Thursday, Feb. 17, 2011 @ 9:00 a.m.

TIME: 6 hours

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| KEMA V. KOPERWHATS | C09-1587 MMC (BZ) | ☒ REFERRAL |
| ATTORNEY(S) FOR PLAINTIFF(S): | ATTORNEY(S) FOR DEFENDANT(S): | |
| VALERIE M. WAGNER | SARA LYNN MANDEL | |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: Not Recorded

**PROCEEDINGS**

☐ NONDISPOSITIVE MOTION ☐ INITIAL PRETRIAL CONFERENCE (CMC)
  ☐ CONTESTED ☐ DISCOVERY CONFERENCE
  ☐ UNCONTESTED ☒ SETTLEMENT CONFERENCE
☐ DISPOSITIVE MOTION ☐ FINAL PRETRIAL CONFERENCE
☐ EVIDENTIARY HEARING ☐ MOTION HEARING/ARGUMENT
☐ FEE APPLICATION ☐ IRS ENFORCEMENT ORDERS
☐ STATUS CONFERENCE ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY:  ☐ PLAINTIFF   ☐ DEFENDANT   ☐ COURT

CASE CONTINUED TO: _____

**NOTES**

Case settled - parties signed agreement