IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMA, INC., a Virginia Corporation, and RLW ANALYTICS, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM KOPERWHATS and MILOSLICK SCIENTIFIC, LLC.<br><br>　　　　　Defendants.　　　　　　　　／ | No. C-09-1587 MMC<br><br>**ORDER DENYING COUNTER-DEFENDANT AXMOR'S ADMINISTRATIVE REQUEST** |

　　　The Court is in receipt of Axmor Software-America, Inc.'s Notice of Withdrawal of Miscellaneous Administrative Request in Response to Proposed Order for Dismissal, filed February 25, 2011. To the extent the Notice can be read to include a request that the Court delay entry of judgment, the request is hereby DENIED, no good cause having been shown for such delay.

　　　**IT IS SO ORDERED.**

Dated: March 1, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge