1  JAMES L. JACOBS, Cal. State Bar No. 158277
   VALERIE M. WAGNER, Cal. State Bar No. 173146
2  GCA LAW PARTNERS LLP
   1891 Landings Drive
3  Mountain View, CA  94043
   Telephone:  (650) 428-3900
4  Facsimile:  (650) 428-3901
   jjacobs@gcalaw.com
5  vwagner@gcalaw.com

6  Attorneys for Plaintiffs and Counter-Defendants
   KEMA, Inc. and RLW Analytics, Inc.
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12

13 | KEMA, INC., a Virginia Corporation, and    No.   C09-01587 MMC (BZ)
   | RLW ANALYTICS, INC., a California
14 | Corporation,                                STIPULATION AND [PROPOSED]
   |                                             ORDER FOR DISMISSAL OF ENTIRE
15 |         Plaintiffs,                         ACTION WITH PREJUDICE

16 |         vs.

17 | WILLIAM KOPERWHATS and
   | MILOSLICK SCIENTIFIC, LLC.
18 |
19 |         Defendants.

20 | _____

21 | AND RELATED COUNTERCLAIMS.
22 |

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE; Case No. C-09 01587 MMC (BZ)

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

1. That the entire action, including all claims and counter-claims, be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each Party to bear his or its own attorney's fees and costs.

Concurrence in the filing of this document has been obtained from all signatories as attested below.

Dated: February ___, 2011        GCA LAW PARTNERS LLP

By: /s/ Valerie M. Wagner
      Valerie M. Wagner

Attorneys for Plaintiffs and Counter-Defendants KEMA, INC. and RLW ANALYTICS, INC.

Dated: February ___, 2011        MANDEL & ADRIANO

By: /s/ SaraLynn Mandel
      SaraLynn Mandel

Attorneys for Defendant and Counter-Claimant WILLIAM KOPERWHATS and Defendant MILOSLICK SCIENTIFIC

1  **[PROPOSED] ORDER**

2     This Court, having reviewed this Stipulation and [Proposed] Order, and good

3  cause appearing therefore, orders ~~the entire action, including~~ all claims and counter-
   as between the parties to the above stipulation, are
4  claims, ~~is~~ hereby dismissed with prejudice, with each party to bear his or its own

5  attorney's fees and costs.

6     IT IS SO ORDERED.

7

8  Dated:  March 1, 2011

9
                                    _____
10                                  UNITED STATES DISTRICT COURT
                                    JUDGE
11

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE; CASE NO. C-09 01587 MMC                    2

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900