IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEMA, INC., et al.,

        Plaintiffs,

  v.

WILLIAM KOPERWHATS, et al.,

        Defendants.

                                /

No. CV-09-1587 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    All parties having been dismissed with prejudice on all claims and counterclaims, judgment is hereby entered in favor of all defendants and counterclaim defendants and against all plaintiffs and counterclaimants.

Dated: March 1, 2011                                    Richard W. Wieking, Clerk

                                                                 By: Tracy Lucero
                                                                 Deputy Clerk